## Commonwealth *v.* Williams, Appellant.

Argued December 10, 1969. *John W. Packel,* Assistant Defender, with him *Melvin Dildine,* Assistant Defender, and *Vincent J. Ziccardi,* Acting Defender, for appellant; *James D. Crawford,* Assistant District Attorney, with him *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Willoughby, Appellant.

Submitted December 8, 1969. *Roy A. Willoughby,* appellant, in propria persona; *Edgar B. Bailey,* Assistant District Attorney, and *Harold E. Sheely,* District Attorney, for Commonwealth, appellee.

Order affirmed.